```
              IN THE UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF SOUTH DAKOTA
```

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                        \*
In Re:                                  \*      Bankr. Case No. 09-10244
                                        \*      Chapter 7
CORY RICHARD STALLMAN,                  \*
SSN: XXX-XX-5981,                       \*      **NOTICE OF APPEARANCE AND**
                                        \*      **REQUEST FOR COPIES OF NOTICES**
            Debtor.                     \*
                                        \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

COMES NOW William K. Sauck, Jr., of Richardson, Wyly, Wise, Sauck & Hieb, LLP, and notes his appearance for Great Western Bank, of Milbank, South Dakota, and further

REQUESTS THAT COPIES OF ALL NOTICES FILED OR ISSUED AFTER THE DATE OF THIS REQUEST IN THE ABOVE-ENTITLED BANKRUPTCY CASE BE SENT TO HIM AT THE FOLLOWING ADDRESS: WILLIAM K. SAUCK, JR., RICHARDSON, WYLY, WISE, SAUCK & HIEB, LLP, POST OFFICE BOX 1030, ABERDEEN, SOUTH DAKOTA 57402-1030.

Dated this 20th day of November, 2009.

                            RICHARDSON, WYLY, WISE, SAUCK
                              & HIEB, LLP


                            By    /s/ William K. Sauck, Jr.
                                Attorneys for Great Western Bank
                                    of Milbank, South Dakota

                            One Court Street
                            Post Office Box 1030
                            Aberdeen, SD  57402-1030
                            Telephone No. 605-225-6310
                            Facsimile No. 605-225-2743
                            e-mail: bsauck@rwwsh.com